ORIGINAL

PETER C. ANDERSON
United States Trustee
**MICHAEL HAUSER (Bar no. 140165)**
**Attorney for the U.S. Trustee**
OFFICE OF THE U.S. TRUSTEE
RONALD REAGAN FEDERAL BLDG. &
    UNITED STATES COURTHOUSE
411 West Fourth St., Suite 9041
Santa Ana, CA  92701
Telephone: (714) 338-3400
Facsimile: (714) 338-3421

FILED OCT 30 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
OCT 30 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

LODGED
OCT 29 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                              )   CHAPTER 11
                                    )
**LBREP/L-SunCal McAllister**       )   CASE NUMBER: **8:08-15637-ES**
**Ranch LLC**                       )
                                    )   ORDER DIRECTING THE APPOINTMENT
                                    )   OF A CHAPTER 11 TRUSTEE
                                    )
                                    )   DATE: **October 28, 2008**
                                    )   TIME: **10:30 a.m.**
                                    )   CRTM: **"5A"**
                                    )
                Debtor.             )
_____)

Petitioning Creditors' motion to appoint a Chapter 11 Trustee came on for hearing before the Honorable Erithe A. Smith, at the above date and time. Frank Cadigan and Michael J. Hauser appeared on behalf of the United States Trustee.  Other appearances were made as reflected in the record.

Based on the record in this case, on the hearing before this Court, and on other good cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That the United States Trustee shall immediately appoint a disinterested person to serve as Chapter 11 trustee for this estate.

DATE: 10/30/08

_____
Erithe A. Smith
United States Bankruptcy Judge

## DECLARATION OF SERVICE

I am employed in Orange County, California, in the Office of the United States Trustee under the supervision of a member of the bar at this Court under whose direction the service was made. I am a United States citizen, over eighteen years of age, not a party to the above-entitled action. My business address is the Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701-8000.

On OCTOBER 28, 2008, I served the foregoing document described as **ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE** to the following parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepared in the United States mail at Santa Ana, California, addressed as follows:

**DEBTOR:**
LBREP/L-SUNCAL MCALLISTER RANCH, LLC
2392 MORSE AVE.
IRVINE, CA 92614

**DEBTOR'S ATTORNEY:**
SCOTT C. CLARKSON, ESQ.
CLARKSON, GORE & MARSELLA
3424 CARSON ST., #350
TORRANCE, CA 90503

**ATTORNEYS FOR CHAPTER 11 PETITIONING CREDITORS:**
CRAIG M. RANKIN, ESQ.
LEVENE, NEALE, BENDER, RANKIN & BRILL
10250 CONSTELLATION BLVD., #1700
LOS ANGELES, CA 90067

**ATTORNEYS FOR SUPERIOR PIPELINES, INC.:**
T. SCOTT BELDEN
KLEIN, DENATALE, GOLDNER, ET AL
4550 CALIFORNIA AVE., 2ND FL.
BAKERSFIELD, CA 93309

**ATTORNEYS FOR LEHMAN:**
DAVID R. ZARO, ESQ.
ALLEN MATKINS LECK GAMBLE, ET AL
515 SOUTH FIGUEROA ST., 9TH FL
LOS ANGELES, CA 90071-3398

ANDREW M. TROOP, ESQ.
CADWALADER, WICKERSHAM & TAFT, LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

1 | **OTHER INTERESTED PARTIES:**
VAN C. DURRER, II
2 | SKADDEN, ARPS, SLATE, MEACHER & FLOM
300 SOUTH GRAND AVE.
3 | LOS ANGELES, CA 90071-3144

   I declare under the penalty of perjury that the foregoing is true and correct.

DATED 10/28/08

_____
TARI KING
Legal Clerk

```
 1  PETER C. ANDERSON
    United States Trustee
 2  MICHAEL HAUSER (Bar no. 140165)
    Attorney for the U.S. Trustee
 3  OFFICE OF THE U.S. TRUSTEE
    RONALD REAGAN FEDERAL BLDG. &
 4       UNITED STATES COURTHOUSE
    411 West Fourth Street, Suite 9041
 5  Santa Ana, CA  92701-8000
    Telephone: (714) 338-3400
 6  Facsimile: (714) 338-3421
    Email: Michael.Hauser@usdoj.gov
 7
                       UNITED STATES BANKRUPTCY COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
                             SANTA ANA DIVISION
 9
    IN RE:                          )     CHAPTER 11
10  LBREP/L-SUNCAL MCALLISTER       )
    RANCH, LLC                      )
11                                  )     CASE NUMBER: 8:08-15637-ES
                                    )
12                                  )
    Debtor                          )     NOTICE OF ENTRY OF JUDGMENT
13  _____    )     ORDER AND CERTIFICATE OF MAILING
    OFFICE OF THE U.S. TRUSTEE
14  411 W. FOURTH ST., #9041
    SANTA ANA, CA 92701
15
    LBREP/L-SUNCAL MCALLISTER RANCH, LLC
16  2392 MORSE AVE.
    IRVINE, CA 92614
17
    SCOTT C. CLARKSON, ESQ.
18  CLARKSON, GORE & MARSELLA
    3424 CARSON ST., #350
19  TORRANCE, CA 90503

20  CRAIG M. RANKIN, ESQ.
    LEVENE, NEALE, BENDER, RANKIN & BRILL
21  10250 CONSTELLATION BLVD., #1700
    LOS ANGELES, CA 90067
22
    T. SCOTT BELDEN
23  KLEIN, DENATALE, GOLDNER, ET AL
    4550 CALIFORNIA AVE., 2^{ND} FL.
24  BAKERSFIELD, CA 93309

25  DAVID R. ZARO, ESQ.
    ALLEN MATKINS LECK GAMBLE, ET AL
26  515 SOUTH FIGUEROA ST., 9^{TH} FL
    LOS ANGELES, CA 90071-3398
27
    //
28
```

1  ANDREW M. TROOP, ESQ.
   CADWALADER, WICKERSHAM & TAFT, LLP
2  ONE WORLD FINANCIAL CENTER
   NEW YORK, NY 10281
3
   VAN C. DURRER, II
4  SKADDEN, ARPS, SLATE, MEACHER & FLOM
   300 SOUTH GRAND AVE.
5  LOS ANGELES, CA 90071-3144

6
   You are hereby notified pursuant to Bankruptcy Rule 7055 and 9022
7  that a judgment* or order entitled **ORDER DIRECTING THE APPOINTMENT
   OF A CHAPTER 11 TRUSTEE** was entered on __OCT 3 0 2008__.
8
   I hereby certify that I mailed a copy of this notice and a true
9  copy of the Order or Judgment to the above-named persons on _____
   __OCT 3 0 2008__.
10
   Dated: __OCT 3 0 2008__          Jon D. Ceretto
11                                   Clerk of the U.S. Bankruptcy Court

12                                   By: _____

- 2 -